SADIE D. HARVEY, as Administratrix, etc., of EDWARD D. HARVEY, Deceased, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— On argu-

ment, order modified by adding, after the word " officer " in the first line of the paragraph numbered " I," the words " and employees, including train crew," and by striking out paragraphs numbered III and IV. As so modified the order is affirmed, without costs; examination to proceed on five days' notice. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.